UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -GENERAL

| Case No. | 2:24-cv-02459-DDP-SP | Date | February 28, 2025 |
|---|---|---|---|
| Title | Glenn Arthur Smith Jr. v. Amy Boncher, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Clerk | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

Attorneys Present for Plaintiff: None

Attorneys Present for Defendant: None

**Proceedings:** **(In Chambers) Order to Show Cause Why Respondent Has Not Made Its Supplemental Filing Regarding Administrative Remedies**

On March 25, 2024, petitioner Glenn Arthur Smith Jr. initiated this action by filing a petition for writ of habeas corpus. On September 4, 2024, respondent filed a motion to dismiss the petition, arguing, inter alia, the petitioner failed to exhaust his administrative remedies. In support of the motion to dismiss, respondent submitted a declaration of Yolanda Sanchez ("Sanchez Decl.") and exhibits.

On January 23, 2025, this court ordered respondent to file, on or before February 14, 2025, a supplemental declaration or other documents addressing the documents at pages 16, 18, 19, 20, and 21 of the Petition. The court's reasons for the order, and a more detailed description of what the court expects from respondent's supplemental filing, is contained in that order. Two weeks have passed since the deadline to make this supplemental filing, but respondent has yet to file anything in response to the court's January 23 order.

Accordingly, within **seven (7)** days of the date of this Order, or by **March 7, 2025**, respondent is **ORDERED TO SHOW CAUSE**, in writing, why she has not responded to this court's January 23, 2025 order (docket no. 23). If respondent files the ordered supplemental declaration or other documents on or before **March 7, 2025**, she need not separately respond to this Order to Show Cause.