# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ARTHUR SMITH JR.,<br><br>      Petitioner,<br><br>      v.<br><br>AMY BONCHER, et al.,<br><br>      Respondents. | Case No. 2:24-cv-02459-AB-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: <u>December 4, 2025</u>

                                                              _____
                                                      HON. ANDRÉ BIROTTE JR.
                                                      UNITED STATES DISTRICT JUDGE